# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EUGENE JOHNSON a/k/a GENE JOHNSON a/k/a OLLIE JOHNSON, JEFFREY JOHNSON, JACKIE JOHNSON, each individually and jointly and severally d/b/a S.O.H. VENDING AND CATERING, S.O.H. AND JOHNSON SERVICE, and S.O.H., S.O.H. VENDING AND CATERING, S.O.H. AND JOHNSON SERVICE, S.O.H.<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, and KEVIN ANDERSON and JAMIE ANDERSON<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO.  2:20-CV-02277-MSN-CGC |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Eugene Johnson, and Defendants Hartford Fire Insurance Company, and Kevin Anderson and Jamie Anderson hereby give notice to this Court that they have settled and resolved this matter in full. The parties will file a Joint Stipulation of Dismissal after the parties have finalized their settlement agreement.

The parties therefore jointly agree any and all scheduled events, should be removed from the Court's docket. The parties also agree that, at this time, the Court should retain jurisdiction until all terms of the settlement agreement are effectuated, at which time the Defendants will file a joint stipulation of dismissal of all claims with prejudice as to the entire case.

Respectfully submitted this 24th day of June, 2021.

Submitted and Consented to by:

| | |
|---|---|
| */s/ Robert Moore *signed with express permission by Jamie K. Durrett*<br>Robert Moore<br>HEATON AND MOORE, P.C.<br>44 North Second Street, Suite 1200<br>Memphis, TN 38103<br><br>William Jeter<br>The Law Offices of William Jeter, PLLC<br>35 Union Ave., Ste. 300<br>Memphis, TN 38103<br><br>*Counsel for Plaintiffs*<br><br><br><br>*/s/ John R. Holton* signed with express permission by Jamie K. Durrett*<br>John R. Holton<br>THE HOLTON LAW FIRM<br>296 Washington Ave<br>Memphis, TN 38103<br>*Counsel for Co-Plaintiffs* | */s/ Jamie K. Durrett*<br>Jamie K. Durrett (TN Bar No: 026278)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP<br>3102 West End Avenue, Suite 400<br>Nashville, TN 37203<br>Telephone: (615) 968-3434<br>Facsimile: (470) 419-6651<br>Jamie.durrett@wilsonelser.com<br>*Counsel for Hartford Fire Insurance*<br><br>*/s/ James M. Burd*<br>James M. Burd (TN Bar No: 034940)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP<br>100 Mallard Creek Road, Suite 250<br>Louisville, KY 40207<br>Telephone: (615) 968-3434<br>Facsimile: (470) 419-6651<br>James.Burd@wilsonelser.com<br>*Counsel for Hartford Fire Insurance* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Joint Notice of Settlement** has been served electronically upon the following counsel of record by filing it via CM/ECF.

Robert Moore
HEATON AND MOORE, P.C.
44 North Second Street, Suite 1200
Memphis, TN 38103
*Counsel for Plaintiffs*

John R. Holton
THE HOLTON LAW FIRM
296 Washington Ave
Memphis, TN 38103
*Counsel for Co-Plaintiffs*

William Jeter
The Law Offices of William Jeter, PLLC
35 Union Ave., Ste. 300
Memphis, TN 38103
*Counsel for Plaintiffs*

Dated: June 24, 2021.

/s/ Jamie K. Durrett
Jamie K. Durrett TN Bar No: 026278