IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EUGENE JOHNSON a/k/a GENE
JOHNSON a/k/a OLLIE JOHNSON,
JEFFREY JOHNSON, JACKIE JOHNSON,
each individually and jointly and severally
d/b/a S.O.H. VENDING AND CATERING,
S.O.H. AND JOHNSON SERVICE,
S.O.H., S.O.H. VENDING AND
CATERING, S.O.H. AND JOHNSON
SERVICE, S.O.H., KEVIN ANDERSON,
and JAMIE ANDERSON,

    Plaintiffs,

v.                                        No. 2:20-cv-02277-MSN-cgc

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal, (ECF No. 1), filed April 14, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal with Prejudice, (ECF No. 23), Joint Notice of Settlement, (ECF No. 24), and Agreed Order of Dismissal, (ECF No. 25), all entered on June 24, 2021, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear their own costs.

APPROVED: *s/ Mark S. Norris*

        MARK S. NORRIS
        UNITED STATES DISTRICT JUDGE

DATE:      June 24, 2021